UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF ISSISSIPPI
NORTHERN DIVISION


LYNARD STEWART                                        PLAINTIFF

VS.                          CIVIL ACTION NO. 3:21cv715TSL-MTP

REED'S METALS, LLC                                    DEFENDANT

<u>JUDGMENT</u>

This cause comes before the court <u>sua</u> <u>sponte</u>, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter.  Accordingly, the court being desirous of removing this matter from its docket,

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action be, and it is hereby dismissed with prejudice as to all parties.

SO ORDERED AND ADJUDGED this 2nd day of September, 2022.




_/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE